JOHN T. KEATING
Nevada Bar No. 6373
COLIN P. CAVANAUGH
Nevada Bar No. 13842
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
ccavanaugh@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Defendant
*Metropolitan Property &*
*Casualty Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY ANN MORRIS, individually; TAMMIE LYNNE MOSBRUCKER, individually,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN PROPERTY & CASUALTY INSURANCE COMPANY a/k/a METLIFE AUTO & HOME a/k/a METLIFE; DOES I through X; and ROE CORPORATIONS I through X, inclusive<br><br>Defendants. | CASE NO.:   2:17-cv-02971-RFB-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and their respective counsel, that the above entitled matter be dismissed, with prejudice, each party to bear its own attorney's fees and costs.

///

///

///

1

Trial in this matter has not been scheduled.

Dated this 27 day of ~~February~~ March, 2018.  Dated this 26th day of ~~February~~ March, 2018.

KEATING LAW GROUP                           NAQVI INJURY LAW

/s/ John T. Keating                          /s/ Farhan R. Naqvi

JOHN T. KEATING                              FARHAN R. NAQVI
Nevada Bar No. 6373                          Nevada Bar No. 8589
COLIN P. CAVANAUGH                           BLAKE S. FRIEDMAN
Nevada Bar No. 13842                         Nevada Bar No. 13485
9130 West Russell Road, Suite 200            9500 W. Flamingo Rd., Suite 104
Las Vegas, Nevada 89148                      Las Vegas, Nevada 89147
*Attorneys for Defendant*                    *Attorneys for Plaintiffs*

2

## ORDER

IT IS SO ORDERED that Plaintiffs MARY ANN MORRIS and TAMMIE LYNN MOSBRUCKER's action against Defendant METROPOLITAN PROPERTY & CASUALTY INSURANCE COMPANY and all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED this 28th day of March, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court

Respectfully Submitted by:

K E A T I N G LAW GROUP

_____
JOHN T. KEATING
Nevada Bar No. 6373
COLIN P. CAVANAUGH
Nevada Bar No. 13842
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
*Attorneys for Defendant*